## AFFIDAVIT IN SUPPORT OF ARREST WARRANT
## AND CRIMINAL COMPLAINT

I, Heather M. Ritter, a Special Agent with the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for an arrest warrant.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2009.  I am currently assigned to the FBI's Violent Crime Task Force, which is responsible for investigating violent crimes and major offenders in Washington D.C.  During the course of my participation in law enforcement, I have conducted arrests and executed search and seizure warrants and court orders.  I have investigated crimes involving bank robberies, Hobbs Act violations, extortion/threats, and kidnappings.  During my tenure with the FBI, I have also worked on other types of investigations including public corruption, fraud, money laundering, and counterintelligence.  My training included instruction on investigative tools and criminal law, such as the development and identification of probable cause to support the execution of search warrants.

3.      I have a general familiarity with the fundamental operations of the internet, hardware, and software, and the communication protocols across each.  Experience with similar investigations and working with other FBI Special Agents and computer forensic professionals has expanded my knowledge of internet communications and, more specifically, internet-based obfuscation techniques.  I have participated in the execution of warrants involving the search and seizure of computers, computer equipment, and mobile phones, and electronically stored information, in conjunction with various criminal investigations.

4.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 875 (Threats) and 2261A (Stalking) have been committed by BRENDON SPANN.

## JURISDICTION

7.      This Court has jurisdiction to issue the requested warrant because acts or omissions in furtherance of the offenses under investigation occurred within Washington, DC.  *See* 18 U.S.C. § 3237.

## STATEMENT OF FACTS

8.      On or about March 2019, FBI's Violent Crime Task Force met with members of the Metropolitan Police Department for the District of Columbia, the Arlington County Police Department of Virginia, and the Montgomery County Police Department of Maryland regarding their ongoing threat and stalking investigations involving one adult female (hereinafter "the victim" or "Victim") who has been targeted since November 2017 through a variety of anonymous online communications.  Beginning sometime after November 2017, members of the victim's family, friends, co-workers, and even the victim's family's co-workers have received threatening

and harassing messages from an unidentified person, all linked back to the victim.   The communication has escalated in both content and obfuscation techniques including the use of the Tor network and other obfuscation websites and email providers to hide the identity of the sender.

9.      The Onion Router or "Tor" is a network of computers designed to facilitate anonymity by masking the user's true IP address.  An Internet Protocol address ("IP address") is a unique number assigned to every device connected to the internet to facilitate communication, similar to a phone number.   A Tor exit node is the last computer through which a user's communications were routed.  There is no practical way to trace the user's actual IP address back through that Tor exit node.  To access the Tor network, a user must install an add-on to the user's web browser, the Tor browser, or an app on their cell phone.

10.      In June of 2017, the victim and Brendon SPANN ended a romantic relationship but remained friends until around November 2017.

11.      SPANN works at the U.S. Department of Education in Washington, D.C.

12.      SPANN has a degree in Information Systems from Bowie University.  SPANN also worked briefly for the National Security Agency (NSA).

13.      In or about November 2017, the victim began to receive repeated unwanted text messages and phone calls from phone number (410) 562-2112, which she knew belonged to SPANN.

14.      According to AT&T, SPANN has been the listed subscriber of phone number (410) 562-2112 ("SPANN's cell phone number") from some time before November 2017 until the present.  According to records provided by Apple, SPANN may have been the subscriber of the phone number since at least October 2014.

15.     Sometime in or around November 2017, the victim blocked SPANN's cell phone number.

16.     On or about November 2, 2017, the victim sent an email from her work email address (which contains her first initial and last name) to SPANN's work email address, brendon.spann@ed.gov to tell him to stop contacting her and her coworkers.  The victim wrote, "Before you contact another employee here through a blocked number, know that your location can be tracked.  Do not contact me through this email or my personal email again."  SPANN responded with the following message: "I don't know who you are, but I will be blocking you from contacting me.  Please do not contact this email again."  Approximately nine minutes later, SPANN emailed the victim again stating, "As a representative of [Victim's place of work], you should not be sending these types of messages.  Do you work under a Ms. [Victim's supervisor]?"

17.     Then the victim began receiving calls from an unknown telephone number.  When the victim answered, she recognized SPANN's voice on the phone.  The victim again told SPANN to leave her alone or she would call the police.  SPANN replied, "Call them.  Have them shoot me."  SPANN then told the victim that he hoped that she would get into a car accident and die.

18.     On or about November 28, 2017, around 7:30 PM Eastern Standard Time (EST), the victim received three text messages from the phone number (240) 249-2613.  Each read, "Liar," "Liar," "Lir [sic]."

19.     According to Bandwidth, a voice messaging software company, the phone number (240) 249-2613 belongs to Ad Hoc Labs, Inc. (dba "Burner").  Burner is a mobile application for iOS and Android created by Ad Hoc Labs, Inc. that allows users to create temporary disposable phone numbers that are anonymous.

20.     According to records provided by Ad Hoc Labs, Inc., SPANN's cell phone number is listed as the "user" phone number for the Burner phone number (240) 249-2613 ("SPANN's Burner phone number").  SPANN's Burner phone number was assigned to the account associated with SPANN's cell phone number on November 29, 2017 at 12:26 AM (UTC Time) (approximately 7:26 PM on November 28, 2017 in Eastern Standard Time).  The records show three outbound text messages sent from SPANN's Burner phone number on November 28, 2017 (EST Time), which were consistent with the times that the victim received the text messages. Therefore, based on my knowledge, training, and experience, and the above evidence, I believe that SPANN sent the "Liar" texts from the Burner phone number.

21.     Approximately three hours later, still on or about November 28, 2017, the victim received text messages from the phone number (646) 760-2497, which she did not recognize, saying, "This one is running out of credits for texts too, just unblock me … I'll have to do something stupid … Just text my phone."  Based on my knowledge, training, and experience, and the above evidence showing that these text messages were sent close in time to the previous texts from SPANN and appeared to reflect previous conversations and the victim's blocking of SPANN's phone, I believe that SPANN sent the text from (646) 760-2497.

22.     On or about November 29, 2017, the victim received text messages from an unknown phone number, (240) 776-2574.  The victim texted back, saying in part, "Stop harassing means stop!! … Brendon stop contacting me!  … Just go ur [sic] own way!!"  The unidentified sender responded, "No problem, you set this up … Smh ("smh" is a common abbreviation used in text messages for "shaking my head") … Send me back anything I gave you … Are you sending it back?"  Starting at or around 2:59 PM, the victim received text messages from the same phone number stating, "You should get some fresh air … Outside."  Approximately seven minutes later,

the victim received a screenshot of the Wi-Fi networks accessible to the phone at the phone number.  One of the Wi-Fi networks appears to be the one associated with a Washington Metropolitan Area Transit Authority station near the victim's office.

23.     On that same day, the victim saw SPANN as she was leaving work.  The victim stated that SPANN approached her vehicle and pulled on her door handle.  The victim kept the vehicle door locked and drove down the street, but SPANN attempted to keep pace with the vehicle on foot.  The victim saw him again when she was stopped at a streetlight.  Within minutes of leaving the immediate area, the victim received a text message from the same phone number stating, "Wtf."

24.     Later that same day, the victim received numerous anonymous phone calls and, at some point that night, an unknown individual rang the doorbell of the victim's home several times and then fled.  Based on my knowledge, training, and experience, and the above evidence showing that these actions followed closely behind SPANN's appearance at the victim's work and inability to get in her car, I believe that SPANN committed these acts.

25.     According to Bandwidth, the phone number (240) 776-2574 belongs to a Google Voice account.  According to Google's records, Google issued the phone number on November 29, 2017, the same day the victim received the texts and SPANN attempted to enter the victim's vehicle.  Such a voice over internet protocol (VOIP) phone number allows phone calls and text messages to occur over the internet.  The phone number is registered to "Robert Smith" and connected to the Google email account Tram912t@gmail.com.  Based on my knowledge, training, and experience, and the above evidence showing that these text messages were consistent in character with previous messages sent by SPANN, were sent close in time to SPANN appearing at the victim's work and appeared to reflect previous conversations and that interaction, I believe

that SPANN sent the texts from (240) 776-2574.  Based on the Affiant's training and expertise

combined with research associated from this investigation, including that the phone number was

registered on the same day as the texts were sent and SPANN appeared at the victim's work, your

Affiant believes that SPANN registered the phone number and that the registered name Robert

Smith is an alias used by SPANN.

26.     On    December    1,    2017,    the    victim    received    an    email    from

nobody@remailer.paranoici.org saying:

> Stop doing this to me, you're scaring me.  How you gonna throw away someone
> and act like they don't exist?  You can't do that.  You act like I'm garbage … Who
> helped you just recently with your decision about your friend?  You know I give
> good advice.  …  Who makes you laugh with jokes?  …  Who took off from their
> job to accompany you for safety and drove hours with you?  …  Who checks up on
> your health?  …  Who helped you move out of your apartment in Baltimore?  …
> Who gave you encourage to find an internship and now a job when you gave up
> your search and said you would just babysit forever?  I said keep trying and you
> landed them.  …  Who was there in September when you were "devastated"
> romantically twice by another man (who was engaged to be married)?  …  You
> would turn your back on someone who did those things and much more?  Those
> things can't be erased, and you understand what I mean to you.  You will always
> think of me, and what we share.  Remember when you spent your tax refund on
> me?  That's love, that doesn't go away.  I just helped you this week, and now I'm
> the enemy?  How are you going to do the same things regarding your friend lying
> that you did after your affair in September: Try to use me for emotional comfort, I
> then solve your problem, and then you decide to not talk to me.  That's wrong to
> do.  You think somebody else would have put up with that stuff?  You threatened
> me with physical harm, and then we made up.  We're going to make up now.  It
> never stops with you.  Remember the Mariah Carey "Forever" song?  You said
> forever and sent that song, and now you're saying never.  I'm not a threat.  I stood
> by you, even when you did the things that you did.  How can you say I tortured
> you?  You've tortured me, and bring others into this.  Torture is telling people I hit
> you, when you were never hit.  That's slanderous.  Torture is making someone lose
> their job.  Torture is not being there for someone who was there for you.  You broke
> up with your last ex right around his birthday, that's torture.  You still cry about
> what you did to him, and you cry about what you're doing to me.  Don't make this
> situation like your last ex.  I'm not putting you down, but to say I tortured you is
> wrong.  Do the right thing and make up with me.  I have been there for you every
> time.  Other people don't understand what's going on.  Do not cut me out of your
> life, that shouldn't be done.  I'm the person that you love, the same person that I
> was when you met me and fell in love.  That "felinlovee" is a reference to me, and

you know that.  I have moved past this whole situation, but I'm going to help you.
We are going to talk again starting today and build.  Text my phone today and tell
me what time we're going to have our phone conversation.

The email included a YouTube hyperlink to the Mariah Carey song "Forever."

27.     The victim confirmed the following information in reference to the above email
message:

  a.   As to the portion of the email that reads, "Who helped you just recently with
       your decision about your friend?  You know I give good advice," the victim
       reported that, in November 2017, her best friend (hereinafter known as "Best
       Friend") posted a picture of the victim on Best Friend's public Twitter account.
       Best Friend said that she intended the post to promote the fact that the victim
       was newly single.  The victim was upset that Best Friend posted her photo
       without victim's permission.  Best Friend claimed that the picture was posted
       for a short time before Best Friend took it down.  However, SPANN told the
       victim that he was on Best Friend's Twitter page and knew the post was up for
       a longer period.  The victim confronted Best Friend with the information she
       received from SPANN.

  b.   As to the section of the email that reads, "Who took off from their job to
       accompany you for safety and drove hours with you?" the victim stated that in
       2015 or 2016, she had to travel to Blacksburg, Virginia for training.  SPANN
       accompanied her on the trip and he drove the entire way there.

  c.   As to the section of the email that reads, "Who checks up on your health?" the
       victim reported that she was diagnosed with an autoimmune disease over 10
       years ago and SPANN is aware of it.

d.  As to the section of the email that reads, "Who helped you move out of your apartment in Baltimore?" the victim reported that, in or around the spring of 2015, the victim completed a certification through the University of Baltimore in Baltimore, Maryland.  After completing it, SPANN helped the victim to move out of her Baltimore apartment.

e.  As to the section of the email that reads, "Who gave you encourage to find an internship and now a job when you gave up your search and said you would just babysit forever?  I said keep trying and you landed them" the victim reported that while the victim was completing her certification, she babysat for her niece to earn extra cash.  SPANN, who had several internships, encouraged the victim to apply for an internship.  In or around August 2016, the victim landed an internship with an education council in Washington, DC.  This internship eventually led to a full-time position where the victim currently works.

f.  As to the section of the email that reads, "Who was there in September when you were "devastated" romantically twice by another man (who was engaged to be married)?" the victim reported that in or about September 2017, the victim had dinner with her co-worker (hereinafter known as the "Co-worker 1") who was engaged to be married.  During the dinner, the victim and Co-worker 1 confessed to have feelings for each other; however, Co-worker 1 told the victim that he was in love with his fiancé and planned to marry her.  The victim was devastated and confided in SPANN about what had occurred.

g.  As to the section of the email that reads, "Remember when you spent your tax refund on me?" the victim reported that in January 2015 or 2016, she received her tax refund early and used part of it to pay for dinner to celebrate SPANN's birthday.

h.  As to the section of the email that reads, "Remember the Mariah Carey "Forever" song?  You said forever and sent that song, and now you're saying never," the victim reported that while they were dating, the victim told SPANN that the Mariah Carey song "Forever" was their song.

i.  As to the section of the email that reads, "You broke up with your last ex right around his birthday, that's torture," the victim reported that in 2014, the victim broke up with her ex-boyfriend one week after his birthday and later told SPANN about it.

j.  As to the section of the email that reads, "I'm the person that you love, the same person that I was when you met me and fell in love.  That "felinlovee" is a reference to me, and you know that," the victim reported that the victim has an Instagram account called "fellinlove" and created the account during the time she and SPANN were dating.  The victim believes that "felinlovee" is in reference to her Instagram account, but it was misspelled.

28.   The December 1, 2017 email from nobody@remailer.paranoici.org contained the sender's IP address, 88.80.28.20, in the header information of the email.  An open source lookup of the IP address 88.80.28.20 revealed that it is associated the Swedish ISP provider, PeRiQuito AB (PRQ).  PRQ is a globally known web hosting company that markets an anonymous platform to its clients for internet access.  PRQ clients have included WikiLeaks.  Based on my knowledge,

training, and experience, and the above evidence showing that these email messages were consistent in character with previous messages sent by SPANN, appeared to reflect previous conversations and included private information that SPANN was aware of, I believe that SPANN sent the email from nobody@remailer.paranoici.org.

29.     Also on December 1, 2017, the victim filed for a temporary protective order in Arlington General District Court in Virginia.

30.     On or about December 8, 2017, SPANN was served with the temporary protective order.

31.     That same day, on or about December 8, 2017, the victim's sister (hereinafter known as "Sister 1") received a text message from SPANN's cell phone number that read, "Hello, I'm trying to reach [Sister 1]" and "Hi [Sister 1], This is Brendon.  I'm trying to reach your parents to clear the air about some very important things."

32.     On January 4, 2018, after SPANN appealed the protective order, it was denied due to a lack of evidence at the time directly tying SPANN to any harassing communication.  Many of the connections described above were discovered through FBI investigation after January 4, 2018.

33.     On or about January 6, 2018, Best Friend received a text message from an unknown email address mixmaster@hoi-polloi.org and the message read in part, "I know you're getting these messages."  Best Friend responded back to saying, "Didn't I tell you to stop messaging me."

34.     The following day, Best Friend received text messages from an unknown sender identified as "Anonymous" from similar phone numbers that were each missing one digit.  The first text message was from phone number (410) 200-502 and read, "You don't need to answer actually.  The private investigator will give me all of her whereabouts and anyone she speaks to.  Continue tweeting your nonsense."  The second text message came from phone number (410) 100-

003 and read, in part, "She is being watched for her own safety from the outside world.  Any husband would do that for their wife.  It's all completely above board and legal, so there's no need for you to get excited about it."  The third text message came from phone number (410) 200-503 and the message read in part, "Have her contact me, and you won't be needed … you think I want to be talking to you?  I don't care about you."  The same text message that Best Friend received from phone number (410) 200-503 was also sent to her from email address mixmaster@hoi-polloi.org.  The fourth text message came from phone number (410) 200-504 and the subject of the message was "She lost, loser" and the contents read, "Guess you didn't hear, she lost lmao You wanna try the same route?  You'll get laughed out of there just like she did."  The abbreviation "lmao" is commonly used in text messages for "laughing my ass off."  Best Friend then sent a text message to SPANN's AT&T cell phone number that said, "I'm going to ask you one last time to NOT send me any text messages from anymore anonymous apps and to stay off my social media. This is consider harassment.  Leave me ALONE."  SPANN responded, "Again, who are you?  ... You are anonymous … Troll … This is an awful prank, I hope you get well crazy person."  Best Friend responded, "You're bored as hell and just mad you can not contact [Victim] anymore.  So your [sic] reaching out to her friends.  The judge is already aware of you doing this.  You have a file now.  So like I said CALL the police on me."  SPANN responded back to Best Friend, saying, "I can't contact her?  I thought my case was dismissed.  Do you know something I don't?  …  I have a file of a dismissed case by a scorned woman … Are you her lawyer?  I would go to jail?  I thought that only applied with protective orders?  And, I don't have one.  Give me her number."  Best Friend responded, "Hell no."  Based on my knowledge, training, and experience, and the timing of the above communications being right after SPANN got the restraining order denied, and SPANN's responses to Best Friend's texts, I believe that SPANN controlled and used

mixmaster@hoi-polloi.org and the various (410) 500- text numbers to send the above communications to Best Friend.

35.     On or about January 16, 2018, SPANN was banned from all Virginia Tech facilities.  Victim worked at Virginia Tech.  SPANN appealed the ban in writing stating, in part, "Due to the nature of my job at the Department of Education, I may need to visit one or more Virginia Tech facilities in the future.  This ban can have an adverse affect [sic] on my ability to fully perform my job."  According to SPANN's supervisor, SPANN would have no reason to visit, or need access to, any university or college campus to perform his work duties.

36.     On or about January 31, 2018, Sister 1 received an email from roxiehart@yahoo.com, sent through the College of Southern Maryland ("CSM") Directory with the message, "Hey [Sister 1], Be sure to tell [the victim] I said hi.  Have a good day now."  The IP address associated with the email sender was 178.20.55.18 and resolved back to a Tor exit node and the sender's true IP address is, therefore, untraceable.

37.     On or about February 1, 2018, Sister 1 received an email from tryingto@aol.com that was also sent through the CSM Directory, which stated, in part, "You guys must want me to end up like Lana.  This is sick.  I'll have to do it at your sister's job so she can see it."  This appears to be a reference to Sister 1's sister-in-law, Lana, who committed suicide.  During his relationship with the victim, SPANN had become aware of this information.  The IP address associated with the email sender was 163.172.223.200.  An open source lookup of the IP address identified it as a Tor exit node and the sender's true IP address is, therefore, untraceable.

38.     CSM's directory http://directory.csmd.edu/ allows any user with access to the internet to navigate to this website and search for a recipient's name, recipient's email address and recipient's phone number and link on a hyperlink that allows a user to send an email directly to

the recipient.  Your Affiant performed a text message test on July 17, 2019, using the fake email address of 123@mail.com to send to a CSM employee's email account with the subject line and message content of "Testing[.]"  On the same day, your Affiant confirmed with the CSM employee that she received the 'Testing' email to her CMS work email address, which appeared to have been sent by email address 123@mail.com.  Based on the Affiant's training and expertise combined with research associated from this investigation, including knowing about the sister-in-law's suicide and referring to the victim, your Affiant believes that the accounts roxiehart@yahoo.com and tryingto@aol.com did not send the emails, but instead SPANN sent them through the CSM Directory located on CSM's website.

39.     The victim filed another temporary protective order against SPANN in Arlington General District Court in Virginia and it was denied on February 7, 2018 due to a lack of evidence at the time directly tying him to any harassing communication.  Many of the connections described above were discovered through FBI investigation after February 7, 2018.

40.     On or about February 25, 2018, the victim's supervisor ("Supervisor") received a text message from anonymous@foto.nl1.torservers.net with the message: "Be sure to tell [Victim] tomorrow that she can't run or hide."  According to its website, the domain Torservers.net is an independent network of foreign and U.S. based non-profit organizations that are known for operating servers with high network bandwidth and running them as Tor exit nodes.  Based on my knowledge, training, and experience and research associated from this investigation, particularly SPANN's previous use of anonymizing techniques and Tor in particular, his direct reference to the victim, and choice of the recipient, I believe that SPANN sent the text from anonymous@foto.nl1.torservers.net.

41.     On or about March 14, 2018, one of the victim's co-workers received the same text message three times to his cell phone number which came from three different email addresses; nobody@remailer.paranoici.org, nobody@dizum.com, and anonymous@foto.nl1.torservers.net. The message read, "[Victim] tried to sleep with [Co-worker 1].  Ask them about the dates they had together."  According to an open source search, Dizum.com is a Netherlands-based anonymous remailer.  Based on my knowledge, training, and experience and research associated from this investigation, particularly SPANN's previous use of anonymizing techniques and nobody@remailer.paranoici.org and anonymous@foto.nl1.torservers.net in particular, references to the victim's relationship with Co-worker 1, the recipient's relationship to the victim, I believe SPANN sent theses text messages.

42.     On June 20, 2018, the mother of a coworker of the victim received numerous anonymous text messages containing threats to the victim.   One of these messages stated, "[Victim]'s life will come to an end.  I have an extensive plan how I will hide in the backseat of her car and get her at the right time."   Based on my knowledge, training, and experience and research associated from this investigation, particularly SPANN's previous use of anonymizing techniques, the direct reference to the victim, and the choice of recipient, I believe that SPANN sent these texts.

43.     On or about August 4, 2018, the victim's best friend, Best Friend, reported that the victim and Best Friend were shopping together near Silver Spring, Maryland.  As they exited one of the stores, Best Friend saw SPANN walking past them in the opposite direction.  The victim and Best Friend decided to leave the area immediately and began walking back to the parking garage where their vehicle was located.  SPANN appeared, walking behind them towards the parking garage and was a short distance away from them when Best Friend confronted SPANN

and told him to stop stalking them.  Best Friend reported that SPANN then fled after "giving them the middle finger."

44.     On or about August 5, 2018, Best Friend received an email from noreply@anonymousemail.me with the message, "I should I [sic] went and got it real quick, I keep it with me now.  I would have loved to put it to the side of your head and light your ass up."

45.     Based on my knowledge, training, and experience, I believe that this message is from SPANN and refers to SPANN's ownership of a gun and desire to have used it on Best Friend on August 5, 2018.  So far, law enforcement have been unable to find any record of SPANN owning a gun or having permission to carry one.  However, according to the Maryland Automated Firearms Services System, SPANN's father owns a Ruger GP-100 Double Action .357 handgun, which SPANN may have access to.

46.     According to its website, the domain AnonymousEmail.me is a free secure online emailer, based in Bulgaria, which allows users to send unlimited emails anonymously for free without the need for registration.

47.     On or about August 6, 2018, Montgomery County granted Best Friend's request for a temporary protective order against SPANN.  Best Friend also reported the encounter with SPANN to the Montgomery County Police Department.

48.     On or about September 27, 2018, Montgomery County overturned the temporary protective order following SPANN's appeal due to a lack of evidence at the time directly tying him to any harassing communication.  Many of the connections described above were discovered through FBI investigation after September 27, 2018.

49.     In or around December 2018, another one of the victim's sisters (hereinafter known as "Sister 2") and Sister 2's co-workers began receiving anonymous emails and text message from

an unidentified person.   Sister 2 worked for a nonprofit advocacy organization located in Washington, D.C.   As described below, based on my knowledge, training, and experience and research associated from this investigation, particularly SPANN's previous use of anonymizing techniques, the specific naming and name-calling of the victim, the choice of the victim's sister and her co-workers and alma mater as recipients, and the continuing pattern of behavior, I believe that SPANN sent the communications listed below between December 12, 2018 and March 3, 2019.

50.   On December 12, 2018, Sister 2 and a co-worker received an email from mapagmahal@protonmail.com making sexual allegations about the victim and stating, "People with morals like me call a girl like this a slut, and they would be correct.  [Victim] is a slut who uses people strictly for her own gain and pleasure.  She is a very sick person.  …  [Victim] is a bad person who lacks a soul."

51.   On December 28, 2018, the victim's college newspaper received two emails from Direcholang@protomail.com stating that the victim was a victim of sexual assault while attending college, and she plans to possibly sue the school.  In particular, the email stated that, "Though this happened years ago, the victim is still very traumatized and continues to act out."

52.   On December 28, 2018, two of Sister 2's co-workers received an email to their work email addresses from direcholang@protomail.com that described the victim as a "ho, ho, ho," and went on to say:

> Her name is [Victim's name] she lives at [Victim's address].  She is the daughter of [Victim's parents' names].  She has two full siblings [Victim's siblings' names] and one main half-sibling [Victim's sibling's name].  [Sister 1] lives at [Sister 1's address] with her two wonderful daughters [Sister 1's children]

The email then listed sexual activities allegedly tied to the victim.

53.   On or about January 2, 2019, three of Sister 2's co-workers received the same email to their work email addresses from direcholang@protonmail.com, which referenced the victim by name and the message read, "Actions have consequences, [Sister 2].  Your sister is going to learn

that in a very hard way.  She thought she could just hurt as many people as she wanted, and she thought she could do what she wanted.  She has to pay, that's all there is to it.  She knows it, I know it, and God knows it**.**"   Law enforcement identified the IP address of the sender, 185.70.40.130, in the header of the email.  An open source lookup of the IP address resolved back to ProtonMail.

54.    On January 11, 2019, Sister 1's former supervisor received an email from Paalam2@protonmail.ch that announced the creation of a Tumblr account dedicated to hating the victim.

55.    On January 15, 2019, Sister 1's former supervisor received an email from Paalam2@protonmail.ch that made many sexual allegations about the victim's parents.

56.    On or about January 24, 2019, Supervisor received an email from ILoveGod34@protonmail.ch with the message, "Fuck [the victim].  She's a dirty bitch who has taken dick up her ass before.  I hope that bitch dies soon."  Law enforcement identified the IP address of the sender, 185.70.40.136, in the header of the email.  An open source lookup of the IP address resolved back to ProtonMail, which indicates that the sender was using ProtonMail server.

57.    On or about March 3, 2019, Sister 2 and several of her co-workers received the same email message from noreply@clickitfuneralhome.com with the subject line, "Memory of Fran (Efrossiny) Hilborn."  The body of the email read:

> [Victim's full name]  Age 27 of White Plains, Maryland was gunned down.  She was born on July 25, 1991, to [Victim's parents' names].  She was a known hoe and homewrecker.  She tried to sleep with 3 men that she knew were in relationships.  She did this in college, grad school, and at her office.  No one will miss her.  May she burn in hell.

58.    Starting on or about March 7, 2019, one of Sister 2's co-workers ("Co-worker 2") received a series of text messages with Sister 2's name in the subject line.  All of the texts were

from phone numbers he did not recognize that all came from area code 410, were missing a digit, and were labeled as having been sent from "Mike."

59.     The first message read, "Does [Sister 2] work at [street and suite address of office in Washington, DC where Sister 2 works]?  What time does she get to work?"  Approximately three hours later, "Mike" wrote, "There's so many traitors out there, that's why traitors must be punished[.]"

60.     The next night, on or about March 8, 2019, Co-Worker 2 received a text message from "Mike" that read, "[street and suite address of office in Washington, DC where Sister 2 works.]"  This message was followed, nearly simultaneously, by a text message with Sister 2's name in the title that stated, "I feel like I have to hurt someone for people to take me seriously." Approximately three minutes later, "Mike" wrote, "What time does [Sister 2] get to work in the morning?  I might need to wait for her either to arrive or leave."  Approximately ten minutes later, "Mike" sent more text messages that stated, "I have a pic of all the [Sister 2's employer's] workers. I might need to talk to them before they enter the building.  I want to tell them how much I hate [Victim]."

61.     On March 9, 2019, Co-worker 2 received a text message in the morning from "Mike" that contained only his email address with the victim's name in the title.  That night, Co-worker 2 received three text messages within six minutes.  The texts said, "what to do, people aren't listening to me.  I might have to shoot the place up."  Then, "I'm tired of being treated like shit.  Somebody's got to die."  Followed by, "No one fucking listens!"  Approximately a half hour later, Co-worker 2 received a text message that read, "I have so much anger, [Co-worker 2]." Shortly thereafter, Co-worker 2 received another text message that read, "[Victim] has to die." Approximately an hour later, Co-worker 2 received another text message that read, "Many people

have wronged me, I want to shoot them all and their loved ones."  A little more than an hour after

this, Co-worker 2 received another text message that read, "One way or another, I'm going to kill

[Victim]."

62.     Co-worker 2 continued to receive similar (and in some cases identical) text

messages on March 10 (including one containing link with a photograph of Sister 2, Co-worker 2,

and their colleagues), March 11, March 12, March 14, March 16, and March 17.

63.     On or about March 11, 2019, as a result of the text messages Co-worker 2 received,

the Executive Director closed the D.C. nonprofit office and told employees to work from home

because of the concern that the unidentified person making the threats would show up at the office

and start shooting people.  The Executive Director reported the threat to the DC Metropolitan

Police Department and notified the office building's security to restrict building access.

64.     On or about March 26, 2019, Sister 2 and Co-worker 2 received an email from

cameronrezo@runbox.com with the message, "[Victim] does not take responsibility for her

actions.  She tries to act like I'm the bad person, she's evil and a slut.  I hate that bitch [Victim]!

Ahhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhh".

65.     On or about March 27, 2019, Sister 2 received an email from

support@everloved.com that was titled "[Victim]'s Obituary" and the email stated "[Victim]: July

25, 1991 – July 24, 2019" and contained a link to a memorial page for the victim.  Ever Loved,

Inc. is an online company that assists individuals in making funeral plans for their deceased,

connects them to funeral providers, and host obituary webpages created by their users at a low

cost.  The memorial page that was emailed to Sister 2 had the correct birthday for the victim, a fact

SPANN had learned during the course of his relationship with her.

66.     On or about March 30, 2019, Co-worker 2 received a similar text message from godlover82@protonmail.com with the message "[Victim]'s Obituary, Join us in this celebration, [Victim], July 25, 1991 - July 24, 2019, [Victim]'s memorial website can be found here: https://everloved.com/life-of/[victim]-white-plains-md-usa/."

67.     According to Ever Loved, on or about March 27, 2019, a user signed up for Ever Loved with the email account godlover82@protonmail.com.  The user provided the name "Robert Marks."  On the same day, godlover82@protonmail.com created a memorial for the victim with the associated URL of https://everloved.com/life-of/[victim]-white-plains-md-usa/.   The user listed the deceased's (the victim's) location as White Plains, Maryland.  The user's IP address was 2c0f:f930:0:3::221.   An open source lookup of the IP address revealed that the IP address 2c0f:f930:0:3::221 resolves back to the IP Address 197.231.221.211, which is a Tor exit node and the user's true IP address is, therefore, untraceable.

68.     On or about April 2, 2019, Sister 2 and Supervisor, received an email from cameron@runbox.com with the subject: "[Victim]-My Rap Skills" and the message:

> Traitors all around me, They wanna down me, Put that gun in their face, There won't be a case, I'll deliver them to the river, Tie 'em down with a weight, All my bullies will finally see the cool me Sometimes I sit and stare at the wall because no one will give me a call All my enemies will fall, my raps are so raw.

Runbox is a secure anonymous email company located in Norway.

69.     On or about April 13, 2019, the victim received an email from godlover82@protonmail.com with the message: 'Subject: I'm Going to Kill you, [Victim], I'm going to kill you, [Victim]."  An open source lookup of the IP address 185.70.40.133 associated with the email resolves back to ProtonMail.

70.     Also on or about April 13, 2019, the victim and Co-worker 2 received an email from godlover82@protonmail.com with the message: "Hey [Victim], Always remember when

you're getting this payback and your punishments from me, you did this to yourself.  You chose

the devil while I chose God.  I have morals, you don't[.]"  An open source lookup of the IP address

associated with the email resolved back to ProtonMail.

71.     On or about April 20, 2019, Co-worker 2, Sister 2, and a friend of the victim's sister

received identical emails from godlover82@protonmail.com with the subject: 'The Death of

[Victim]' and the message read:

> My current plan is to kill [Victim] on July 24th of this year.  I am still considering
> what I will use as the murder weapon.  I don't want her to reach the age of 28.  You
> can save this email for that time.  You can't save her anyway.  If God allows me to
> take her life, then it shall be done.

An open source look up of the IP addresses associated with the sender resolves back to

ProtonMail.com.

72.     An open source look up of the IP addresses associated with the sender resolves back

to ProtonMail.com.  Based on my knowledge, training, and experience and research associated

from this investigation, particularly SPANN's previous use of anonymizing techniques, the

specific naming and name-calling of the victim, the choice of the victim's sister and her co-workers

as recipients, and the continuing pattern of behavior, I believe that SPANN sent the

communications in April 2019 from ProtonMail and Runbox.

73.     On or about May 20, 2019, an unidentified person placed a 30-day hold on mail

delivered to the victim's parent's home address from May 22, 2019 to June 21, 2019.  According

to U.S. Postal Service records, the unidentified person that requested the hold provided the victim's

father's name and the email account mutrobocub@mywrld.top.  The IP address 217.115.10.132

was associated with the request.  An open source lookup of the IP address came back to a Tor exit

node.  During their relationship, SPANN visited the victim's parent's home and was familiar with

their names and address.   Based on my knowledge, training, and experience and research

associated from this investigation, particularly SPANN's previous use of anonymizing techniques like Tor, the choice of the victim's parents as victims, and the continuing pattern of behavior, I believe that SPANN placed the hold on the victim's parents' mail.

74.     On or about June 6, 2019, another one of the victim's co-workers received an email to her work email account from godlover82@protonmail.com.  The subject of the email was "Sinners Must Die" and the message read, "If you have ever fornicated, you are a sinner.  If you have committed adultery, you are a sinner, and so on and so forth.  I can't take seeing people sin, I loathe sinners!  I need to do something about it."  According to ProtonMail records, during the time the email was sent, the godlover82@protonmail.com user was logged into the godlover82@protonmail.com email account and connected to a Tor IP address.  The header email identified that the IP address of the sender was 185.70.40.133.  An open source lookup of the IP address resolved back to ProtonMail.

75.     On or about June 26, 2019, while walking back from a lunch break to her new job, Best Friend encountered SPANN on the street.  SPANN was walking alone.  They passed each other near Union Station in Washington, DC and made eye contact but did not speak.  Best Friend waited until SPANN was some distance away before she walked into her office building in order to avoid SPANN discovering where she worked.  SPANN and Best Friend work in office buildings in Washington, D.C. approximately two blocks from each other.

76.     On or about July 1, 2019, Best Friend received an email to her personal email account from godlover82@protonmail.com with the message, "Hey, You know who you are, [abbreviation of organization's name where Best Friend works].  Walking on the other side of the street doesn't mean I can't see you.  I didn't really like your dress today, it had too many colors."  Best Friend reported that on the same day she received the email, she was wearing a colorful navy

blue dress with red flowers and walking on the opposite side of the street in Washington, D.C. from where she had previously observed SPANN.

77.     Best Friend reported the threats that she had been receiving to her work supervisors and they agreed not to put any of Best Friend's information on the organization's website. However, Best Friend conducted a public source search of her name and discovered her name, new job title, and contact information was posted on the website www.zoominfo.com.  Best Friend contacted the company and requested that her information be taken down from its website. Zoominfo agreed and immediately took it down.  ZoomInfo is a subscription-based software as a service company that sells access to its database of information about business people and companies to sales, marketing, and recruiting professionals.

78.     On or about July 2, 2019, the victim's sister [hereinafter referred to as "Sister 3"], Best Friend, and the victim's co-worker, received an email from godlover82@protonmail.com that read, "I'm tired of people trying to use me, this world is evil.  I will continue to fight this evil world.  If I want to use violence to get my point across then so be it.  You people will not listen to me until I'm waving a gun around."   A few minutes after this email, Best Friend and Sister 3 received another email from godlover82@protonmail.com with the message, "I don't care if I have to do life in prison, if God wants me to kill [Victim], I will do it."

79.     On or about July 7, 2019, Best Friend received an email at her new work address from godlover82@protonmail.com with the subject line, "Scary!"  In the message was a link to a YouTube video, https://youtu.be/WP9okjYzUWU?t=313, that tells the story of Peggy Klinke who was stalked for years and, despite moving out of state and frequently seeking law enforcement assistance, was ultimately shot to death by her ex-boyfriend Patrick Kennedy during a 2003 murder-suicide.  The video describes how Mr. Kennedy was able to locate and kill Ms. Klinke,

with the help of a private investigator, even though he was on pretrial release pending trial for

crimes against Ms. Klink at the time of the murder.

80.     On or about July 18, 2019, Best Friend received an email to her personal email

account from godlover82@protonmail.com and the message read, "Target #3 was wearing an all

black outfit with a black purse."  Best Friend reported that on the same day she received the email,

she wore an all-black outfit to work.

81.     Based on my knowledge, training, and experience and research associated from this

investigation, particularly SPANN's previous use of anonymizing techniques like ProtonMail, the

specific naming and name-calling of the victim, the choice of the victim's best friend, sister, and

her co-workers as recipients, the specific reference to the previous time that Best Friend had seen

SPANN, and the continuing pattern of behavior, I believe that SPANN sent the communications

from godlover82@protonmail.com.

82.     On July 20, 2019, a Pen Register Trap and Trace was initiated on SPANN's home

internet line and a search was initiated on SPANN's cellphone geolocation.

83.     On or about July 20, 2019, Brendon Spann's home internet line showed internet

traffic to TOR2WEB between 2:31 PM and 4:05 PM. Geolocation information from Spann's

cellphone indicated that Spann's cellphone was in the vicinity of the PREMISES at the time.

TOR2WEB is software that facilitates access to the Dark Web, specifically to web sites hidden

behind Tor.  In my knowledge, training, and experience I know that such Tor Hidden Services are

often criminal forums where drugs, guns, and other illicit materials and services are sold.

84.     Also on or about July 20, 2019, activity on Brendon Spann's home internet line

showed internet traffic to Privax LTD between 2:31 PM and 3:47 PM. Geolocation information

from Spann's cellphone indicated Spann's cellphone was near his apartment at that time.  Spann's

home internet traffic also showed online traffic to Privax LTD between 10:02 PM and 10:09 PM. The internal light from SPANN's apartment was consistently visible in video surveillance from during that time.  Privax LTD is the parent company of HideMyAss!, a service that facilitates anonymous internet access.

85.     During the course of the investigation, law enforcement and the victim discovered the website ihate[Victim]11.tumblr.com.  This site publicly showed a photograph of the victim, an address associated with the victim, and the statement "Wanna meet?"

86.     During the course of the investigation, law enforcement and the victim also found a website fuck[Victim].tumblr.com.  This site states in part "R.I.P [Victim] (1991-2019)."  It also publicly listed an address associated with the victim.  Based on my knowledge, training, and experience and research associated from this investigation, particularly the naming and name calling of the victim, his knowledge of her birthdate, and the consistent pattern of behavior, I believe that SPANN created both of these Tumblr sites.

87.     According to ProtonMail's records, the godlover82@protonmail.com account was created on January 26, 2019.  The email address linked to the account was mufetunas@utoo.email. All of the IP addresses associated with the login history for godlover82@protonmail.com were Tor exit nodes and the true IP address of the sender was, therefore, untraceable.

88.     According to ProtonMail, account ILoveGod34@protonmail.ch was created on January 17, 2019 and last accessed January 24, 2019.  The email address linked to the account was rasesugej@2mail.next.com.  ProtonMail did not have any IP addresses on record for this account.

89.     For the purposes of this Warrant, the Affiant has only included text messages and emails relevant to establish probable cause for this affidavit.  From on or about November 2017 to present, over 30 individuals linked to the victim have received a total of at least 400 harassing and

threatening messages and/or online posts from an unidentified person. Although these messages and posts often come from different sources, their tone, language, and contents are consistent, particularly in that they almost always directly reference the victim in some way. At present, the victim, the victim's parents, the victim's siblings, the victim's friends, and even the victim's family's co-workers continue to receive threatening messages, which are all linked to the victim. The victim and her siblings have also received a high volume of unsolicited catalogs concerning sex or firearms by mail at their places of work and home addresses. The members of the victim's family have also received numerous anonymous automated phone calls.

90.     The victim, Sister 1, and Best Friend all filed for temporary protective orders against SPANN on separate occasions stemming from direct threats and harassments they had received. All of the protective orders were denied due to a lack of evidence at the time, after SPANN challenged them.

91.     After in or about November 2017, the threats and harassment are consistently done in ways to hide the true identity and the location of the sender, although the nature and content of the messages makes clear they are all from the same sender, SPANN. For example, Textforfree, the company associated with the website www.textforfree.net, gave records that showed approximately 121 text messages sent to the victim or an individual linked to the victim from their website. The website-based text messages sent between November 29, 2017 and September 5, 2018 were submitted after the user logged in through the Tor network or another comparable proxy based obfuscation site. Thus, the original source of the transmissions is effectively untraceable.

92.     Similarly, to further hide the sender's identity and location, the threats and harassment were often sent from email accounts from foreign and obscure email providers. In addition to Anonymousmail.me (Bulgaria) and ProtonMail (Switzerland), which have been

described above, Runbox is a free online email provider that is located in Oslo, Norway.  Based on my training and experience, free online email providers outside the U.S. may be used to obscure a user's true identity.  Additionally, your Affiant knows that creating an email account with an email provider outside of the United States does not mean that the user of that account must be located within the country of the email provider.

93.     In my knowledge, training, and experience, I know that an experienced and careful user of such online anonymity tools as Tor and ProtonMail, such as SPANN, would also protect his devices.  Such protection would likely include encryption of all of his devices and a means to rapidly delete any and all evidence on his devices.  Therefore, Your Affiant requests that the Court grant permission for law enforcement to enter the premises without knocking and announcing their presence first.  A traditional knock and announce arrest warrant would likely give SPANN time to lock or wipe all of his digital devices, thus deleting or rendering inaccessible to law enforcement important evidence of his criminal activity.

### CONCLUSION

Based on the forgoing, I respectfully request that the Court issue the proposed arrest warrant.


_____
SPECIAL AGENT HEATHER M. RITTER
FEDERAL BUREAU OF INVESTIGATION


SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF JULY, 2019.


_____
BERYL A. HOWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA