UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 19-MJ-194 |
| | : | |
| BRENDON SPANN, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2261A(2) |
| Defendant. | : | (Cyberstalking) |
| | : | 18 U.S.C. § 875(c) |
| | : | (Interstate Communications with Intent to |
| | : | Threaten, Kidnap, or Injure) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning in or about November 2017, through on or about July 23, 2019, within the District of Columbia and elsewhere, the defendant **BRENDON SPANN**, with the intent to kill, injure, harass, intimidate, and cause emotional distress to another person, namely, Victim 1, using any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce, did willfully and knowingly engage in the course of conduct that placed Victim 1 in reasonable fear of death and serious bodily injury, and that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

(**Cyberstalking**, in violation of Title 18, United States Code, Section 2261A(2))

## COUNT TWO

On or about April 13, 2019, within the District of Columbia and elsewhere, the defendant **BRENDON SPANN**, did willfully and knowingly transmit in interstate and foreign commerce from Anne Arundel County, in the State of Maryland and elsewhere, to the District of Columbia, electronic and telephonic communications to Victim 1, which communications contained threats to kidnap and injure the person of Victim 1, that is, an email with the subject, "I'm Going to Kill you, [Victim 1]" containing the text, "I'm going to kill you, [Victim 1]."

**(Interstate Communications with Intent to Threaten, Kidnap, or Injure**, in violation Title 18, United States Code, Section 875(c))

## COUNT THREE

Beginning in or about January 2019, through on or about July 23, 2019, within the District of Columbia and elsewhere, the defendant **BRENDON SPANN**, with the intent to kill, injure, harass, intimidate, and cause emotional distress to another person, namely, Victim 2, using any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce, did willfully and knowingly engage in the course of conduct that placed Victim 2 in reasonable fear of death and serious bodily injury, and that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 2.

**(Cyberstalking**, in violation of Title 18, United States Code, Section 2261A(2))

## COUNT FOUR

On or about March 9, 2019, within the District of Columbia and elsewhere, the defendant **BRENDON SPANN**, did willfully and knowingly transmit in interstate and foreign commerce from Anne Arundel County, in the State of Maryland and elsewhere, to the District of Columbia,

electronic and telephonic communications to Victim 2, which communications contained threats to kidnap and injure, the person of Victim 2, that is, a series of text messages that read, ""IDK what to do, people aren't listing to me. I might have to shoot the place up[,]" followed by, "I'm tired of being treated like [expletive].   Somebody's got to die."   Finally, "I have so much anger, [Victim 2]."

      (**Interstate Communications with Intent to Threaten, Kidnap, or Injure**, in violation Title 18, United States Code, Section 875(c))

## COUNT FIVE

Beginning in or about January 2018, through on or about July 23, 2019, within the District of Columbia and elsewhere, the defendant **BRENDON SPANN**, with the intent to kill, injure, harass, intimidate, and cause emotional distress to another person, namely, Victim 3, using any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce did willfully and knowingly engage in the course of conduct that placed Victim 3 in reasonable fear of death and serious bodily injury, and that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 3.

      (**Cyberstalking**, in violation of Title 18, United States Code, Section 2261A(2))

## COUNT SIX

On or about April 2, 2019, within the District of Columbia and elsewhere, the defendant **BRENDON SPANN**, did willfully and knowingly transmit in interstate and foreign commerce from Anne Arundel County, in the State of Maryland and elsewhere, to the District of Columbia, electronic and telephonic communications to Victim 4, which communications contained threats to kidnap and injure, the person of Victim 4, that is, an email containing the following message:

"Traitors all around me, They wanna down me, Put that gun in their face, There won't be a case, I'll deliver them to the river, Tie 'em down with a weight . . . [.]"

> (**Interstate Communications with Intent to Threaten, Kidnap, or Injure**, in violation Title 18, United States Code, Section 875(c))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu*
Attorney of the United States in
and for the District of Columbia.

4